# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFUS McNEELY,<br><br>                Petitioner,<br><br>        v.<br><br>ROBERT FOX, Warden,<br><br>                Respondent. | ) Case No. EDCV 17-1927-JGB (JPR)<br>)<br>)<br>)     **J U D G M E N T**<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: November 25, 2018

JESUS G. BERNAL
U.S. DISTRICT JUDGE